**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 26-CR-** |
| **v.** | : | |
| | : | **VIOLATION:** |
| **RICHELINE FUNG,** | : | **18 U.S.C. § 287** |
| | : | **(False, Fictitious, or Fraudulent Claims,** |
| **Defendant.** | : | **Causing an Act to Be Done)** |

**STATEMENT OF OFFENSE**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully submits the following Statement of Offense. The parties stipulate to the following facts and agree that all dates are approximate.

1. RICHELINE ANISSO FUNG resided in Florida.

2. The U.S. Department of Justice ("DOJ"), Federal Highway Administration ("FHWA"), Department of Homeland Security - Cybersecurity and Infrastructure Security Agency ("DHS-CISA"), U.S. Department of Agriculture ("USDA"), Department of Energy ("DOE"), Drug Enforcement Agency ("DEA"), and Nuclear Regulatory Commission ("NRC") were all U.S. government agencies.

3. From September 2016 through October 2025, FUNG was continuously employed full time by the federal government as a Lead Management and Program Analyst with DHS-CISA. She lived in Maryland when she started working for DHS-CISA but moved to Florida.

4. On April 5, 2020, FUNG incorporated RAF Pro-Consulting, LLC with the Florida Secretary of State. She is listed as the Registered Agent and owner. FUNG utilized the LLC to serve as an independent contractor performing Human Resource ("HR") related services.

5. Between January 1, 2021, through August 15, 2024, FUNG served in multiple government contractor positions to perform HR related services for other federal agencies despite

being a full-time U.S. government employee with DHS-CISA. Fung served in these positions as a direct employee or as an independent contractor/consultant through her business RAF Pro-Consulting, LLC. FUNG did not request or obtain official approval from DHS-CISA to engage in this outside employment.

Contractor-1

6. Between February 7, 2022, through February 11, 2022, FUNG performed work as a Staffing and Recruitment Specialist for USDA.

Contractor-2

7. FUNG performed HR-related work for DEA, FHWA, and NRC during the following relevant periods:

| Time | Agency |
|---|---|
| January 2021 through May 2021 | DEA |
| January 2022 through March 2024 | FHWA |
| May 2024 through August 2024 | NRC |

Contractor-3

8. Between November 14, 2021, through March 31, 2022, FUNG performed work as an HR Specialist for DOJ.

Contractor-4

9. Between November 15, 2021, through January 5, 2022, FUNG performed work as a SR HR Specialist for the DOE.

Contractor-5

10. Between June 1, 2021, through November 5, 2021, FUNG performed Human Resources and Admin Support work for the DEA.

11. In connection with the work performed at the foregoing contractors, FUNG submitted timesheets, certifying the number of hours she claimed to work per pay period.

12. As a result of being employed full-time by DHS-CISA and concurrently working for multiple federal contractors, FUNG falsely claimed to work more hours for the federal government than she actually did. On multiple occasions, she claimed to work more than 24 hours in a single day. For example, in February 2022, FUNG's combined hours totaled more than 24 hours in a single day on 15 occasions and 24 hours on one occasion as detailed in this chart.

| | | | | | |
|---|---|---|---|---|---|
| **Date** | | **2/1/22** | **2/2/22** | **2/3/22** | **2/4/22** |
| **Day** | | **Tue.** | **Wed.** | **Thur.** | **Fri.** |
| DHS-CISA | | 9 | 9 | 9 | 9 |
| Contractor-1 (*performing work for USDA*) | | 0 | 0 | 0 | 0 |
| Contractor-2 (*performing work for FHWA*) | | 8 | 8 | 8 | 8 |
| Contractor-3 (*performing work for DOJ*) | | 8 | 8 | 8 | 8 |
| **TOTAL HOURS PER DAY** | | **25** | **25** | **25** | **25** |
| | | | | | |
| **Date** | **2/7/22** | **2/8/22** | **2/9/22** | **2/10/22** | **2/11/22** |
| **Day** | **Mon.** | **Tue.** | **Wed.** | **Thur.** | **Fri.** |
| DHS-CISA | 9 | 9 | 9 | 9 | 8 |
| Contractor-1 (*performing work for USDA*) | 8 | 8 | 8 | 8 | 8 |
| Contractor-2 (*performing work for FHWA*) | 8 | 8 | 8 | 8 | 8 |
| Contractor-3 (*performing work for DOJ*) | 8 | 8 | 8 | 8 | 8 |
| **TOTAL HOURS PER DAY** | **33** | **33** | **33** | **33** | **32** |
| | | | | | |
| **Date** | **2/14/22** | **2/15/22** | **2/16/22** | **2/17/22** | **2/18/22** |
| **Day** | **Mon.** | **Tue.** | **Wed.** | **Thur.** | **Fri.** |
| DHS-CISA | 0 | 9 | 9 | 9 | 9 |
| Contractor-1 (*performing work for USDA*) | 0 | 0 | 0 | 0 | 0 |
| Contractor-2 (*performing work for FHWA*) | 0 | 0 | 8 | 8 | 8 |
| Contractor-3 (*performing work for DOJ*) | 0 | 0 | 8 | 8 | 8 |
| **TOTAL HOURS PER DAY** | **0** | **9** | **25** | **25** | **25** |
| | | | | | |
| **Date** | **2/21/22** | **2/22/22** | **2/23/22** | **2/24/22** | **2/25/22** |
| **Day** | **Mon.** | **Tue.** | **Wed.** | **Thur.** | **Fri.** |
| DHS-CISA | 0 | 9 | 9 | 9 | 8 |
| Contractor-1 (*performing work for USDA*) | 0 | 0 | 0 | 0 | 0 |
| Contractor-2 (*performing work for FHWA*) | 8 | 8 | 8 | 8 | 8 |
| Contractor-3 (*performing work for DOJ*) | 0 | 8 | 8 | 8 | 8 |
| **TOTAL HOURS PER DAY** | **8** | **25** | **25** | **25** | **24** |
| | | | | | |
| **Date** | **2/28/22** | | | | |
| **Day** | **Mon.** | | | | |
| DHS-CISA | 0 | | | | |
| Contractor-1 (*performing work for USDA*) | 0 | | | | |
| Contractor-2 (*performing work for FHWA*) | 8 | | | | |
| Contractor-3 (*performing work for DOJ*) | 8 | | | | |
| **TOTAL HOURS PER DAY** | **16** | | | | |

13. By falsely asserting that she worked more hours than she did and knowing and intending that the hours she submitted would ultimately be billed by the federal contractors to the relevant federal agencies, FUNG willfully caused the contractors to submit false claims to the United States government to pay the contractors for hours that FUNG did not actually work.

14. For example, with respect to the hours listed in the above chart, on March 8, 2022, Contractor-3 billed DOJ's Civil Division in Washington, D.C., 596 hours at a rate of $99.35 per hour for Human Resource Specialists performing work on the contract for a total of $94,775.63. The supporting documentation associated with this bill included a report showing the hours Contractor-3 employees claimed, including FUNG's 136 hours specified above, which when multiplied by the $99.35 hourly rate totals $13,511.60.

15. Furthermore, FUNG was required to ultimately certify the number of hours she worked at DHS-CISA on a bi-weekly basis to be paid her full federal salary and accrue the benefits of her employment. FUNG falsely claimed that she worked more hours for DHS-CISA than she did, causing the U.S. government to pay her for hours she did not actually work.

16. FUNG concealed her employment with DHS-CISA and the various contractors from each other. She was able to successfully conceal her employment because she worked remotely in all positions during the relevant period.

17. The parties agree that FUNG caused the U.S. government to suffer a loss of at least $245,252 from her criminal conduct, i.e., payments that were issued for work that she did not actually perform for the federal government.

18. Between March 2024 and February 2025, FUNG also performed work for Contractor-6 as a Classification and Compensation Analyst for the North Carolina Department of Health and Human Services. Just as she did with the other contractor positions noted above,

FUNG worked for Contractor-6 while employed full time with DHS-CISA.

Respectfully Submitted

Jeanine Ferris Pirro
United States Attorney

By: ______________________
Kondi J. Kleinman
California Bar No. 241277
Assistant United States Attorney
Fraud, Public Corruption & Civil Rights Section
601 D Street, N.W. | Washington, D.C. 20530
(202) 252-6887 | kondi.kleinman2@usdoj.gov

DEFENDANT'S ACCEPTANCE

I have read every page of this Agreement and have discussed it with my attorney, William Drake, Esq. I fully understand this Agreement and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Agreement fully. I am pleading guilty because I am in fact guilty of the offense identified in this Agreement.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this Agreement. I am satisfied with the legal services provided by my attorney in connection with this Agreement and matters related to it.

Date: 7/27/26

Richeline Fung
Defendant

ATTORNEY'S ACKNOWLEDGMENT

I have read every page of this Agreement, reviewed this Agreement with my client, Richeline Fung, and fully discussed the provisions of this Agreement with my client. These pages accurately and completely set forth the entire Agreement. I concur in my client's desire to plead guilty as set forth in this Agreement.

Date: 7/27/26

William L. Drake, Esq.
Attorney for Defendant